**United States District Court**
**Western District of Texas**
**Austin Division**

Civil Complaint
FILED
MAR 0 8 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY

<u>Michael J. Major</u>
Plaintiff

Case Number: 1:23CV00256 LY

**Jury Trial Demanded**

<u>State Bar of Texas, American Bar Association</u>
Defendants

**Complaint**

**1. Plaintiff:**
Michael J. Major
82 Coppermine Road
Topsfield, MA 01983
978-500-6177
michaelmajor@mailfence.com

**2. Defendants:**
State Bar of Texas
14651 Dallas Pkwy
Austin, TX 75254
512-427-1806

American Bar Association
1050 Connecticut Ave. NW, Suite 400
Washington, DC 20036
202-662-8690

**3. Basis For Jurisdiction Is Diversity of Citizenship:**
The Plaintiff, Michael J. Major, is a citizen of the State of Massachusetts.
The Defendant, State Bar of Texas, is a legal society headquartered in Austin, TX.
The Defendant, American Bar Association, is a legal society headquartered in Washington, DC.

The amount at stake is more than $75,000 because the Plaintiff seeks to establish a professional career in litigation. The Defendants with no legal basis have created a discriminatory environment, entrenched with credentialing, which deprives aspiring attorneys of the liberty to represent fellow citizens in courts of law. The derivative of this essential liberty is financial compensation for the Plaintiff that is many factors greater than $75,000.

### 4. Allegation 1

The 1st Amendment to the United States Constitution guarantees individuals a right to freedom of speech and to petition grievances. The Plaintiff seeks to exercise his right to speak freely in Courts of Law for his fellow citizens. A lawsuit is categorically indistinct from petitioning a grievance. Neither of these rights shall be infringed. Freedom to choose an attorney is a derivative of the foundational freedom of speech. American citizens have a civil right to choose their lawyer regardless of whether or not he or she is licensed by the American Bar Association or any of its subordinates.

### 5. Allegation 2

The 5th and 14th Amendments to the United States Constitution protect the Plaintiff's Liberty to present cases in Federal and State Courts on behalf of whomever chooses to seek his representation. In the absence of pursuing litigation, the Plaintiff's Life will be degraded & he will suffer tremendous Property loss in the form of money. There has been no due process of law to deprive the Plaintiff of his Life, Liberty, and Property.

### Relief:

The Plaintiff orders a Court of Law to grant him sovereignty of litigation in Federal Courts in the United States & State Courts in Texas. The Court will revoke the self-appointed legal authority of the Defendants. This will dissolve the requirement for an attorney to go through the mire of credentialing set up by the Defendants so that one may represent other citizens in Courts of Law, thereby upholding Liberty of legal representation. The Defendants shall cease discriminating against individuals from taking the bar exam due to improper credentials.

*Michael J. Major*

Michael J. Major
82 Coppermine Road
Topsfield, MA 01983
978-500-6177