IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 APR 20  PM 3: 26
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____CK_____
         DEPUTY

| | | |
|---|---|---|
| MICHAEL J. MAJOR,<br>   PLAINTIFF,<br><br>V.<br><br>STATE BAR OF TEXAS AND<br>THE AMERICAN BAR<br>ASSOCIATION,<br>   DEFENDANTS. | § § § § § § § § § § § § | CAUSE NO. 1:23-CV-256-LY |

## ORDER ON REPORT AND RECOMMENDATION

Before the court is the above-referenced cause, which was referred to the United States Magistrate Judge for findings and recommendations. *See* 28 U.S.C. § 636(b); FED. R. CIV. P. 72; Loc. R. W. D. Tex. Appx. C, 1. The magistrate judge granted Plaintiff *Pro Se* Michael Major leave to proceed *in forma pauperis* and reviewed the complaint to determine if the action may proceed. *See* 28 U.S.C. § 1915(e) ("Section 1915(e)"). The magistrate judge rendered the Report and Recommendation on March 30, 2023, recommending that the court dismiss Major's lawsuit as frivolous pursuant to Section 1915(e) (Doc. #4).

A party may serve and file specific, written objections to the proposed findings and recommendations of the magistrate judge within 14 days after being served with a copy of the Report and Recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusion, and recommendations in a Report and Recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *See Douglass v. United*

*States Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

Major filed objections to the Report and Recommendation on April 17, 2023 (Doc. #6). In light of the objections, the court has undertaken a *de novo* review of the entire case file and finds that the magistrate judge's report and recommendation should be approved and accepted by the court for substantially the reasons stated therein.

**IT IS THEREFORE ORDERED** that Plaintiff Michael Major's objections to the Report and Recommendation (Doc. #6) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the United States Magistrate Judge's Report and Recommendation (Doc. #4) filed in this cause is **APPROVED** and **ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Michael Major's lawsuit is **DISMISSED** as frivolous under Section 1915(e).

The court will render final judgment by separate order.

SIGNED this _20th_ day of April, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE